IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11095
Conference Calendar

_____

RICKY JOE PETTIT,

                                        Plaintiff-Appellant,

versus

RANDALL COUNTY, TEXAS,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-12
- - - - - - - - - -
February 20, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:*

     Ricky Joe Pettit has filed a brief which restates the
factual allegations in his original complaint pursuant to 42
U.S.C. § 1983.  The merits of his complaint were never addressed
because the district court ordered Pettit to supplement his
complaint with further factual information and Pettit failed to
comply with the order.  The district court dismissed the
complaint for failure to prosecute.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Pettit fails to argue in his appeal brief any error on the part of the district court, e.g., that the district court erred in dismissing his complaint for want of prosecution. Pettit has presented nothing for this court to review. His appeal is frivolous and is therefore DISMISSED. <u>See</u> <u>Grant v. Cuellar</u>, 59 F.3d 523, 524-25 (5th Cir. 1995); 5th Cir. R. 42.2.

APPEAL DISMISSED.